JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN WILLIAMS,<br><br>    Petitioner,<br><br>    v.<br><br>DANIEL PARAMO, Warden,<br><br>    Respondent. | Case No. CV 14-5622-GAF (SP)<br><br>**JUDGMENT** |

Pursuant to the Memorandum and Order Summarily Dismissing Petition,

IT IS HEREBY ADJUDGED that the Petition and this action are dismissed.

Dated: July 29, 2014

_____
HONORABLE GARY A. FEESS
UNITED STATES DISTRICT JUDGE